UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | ~~Mag. No. 09-3529~~ |
| v. | : | 10 cr 443 (JLL) |
| | : | |
| HAJRUDIN PEJCINOVIC | : | |

This matter having come before the Court on the application of the defendant Hajrudin Pejcinovic (by Sarita Kedia, Esq., and Gerald Shargel, Esq.) for an order modifying the conditions of bail so as to alter the hours during which the defendant may leave his home and the Acting United States Attorney of the District of New Jersey (AUSA David E. Malagold appearing) having given consent, it is hereby ORDERED:

1. Defendant shall be permitted to travel outside of his home between the hours of 9:00 a.m. and 11:59 p.m. within the Southern and Eastern Districts of New York and the District of New Jersey;

2. All other conditions of release shall remain in full force and effect.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Consented to by:

_____
DAVID E. MALAGOLD
Assistant United States Attorney